```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07640
   TRACY L WOODS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1235


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/29/2006 and was confirmed 12/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 10/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
LASALLE BANK FSB           CURRENT MORTG           .00             .00        6490.04
LASALLE BANK FSB           MORTGAGE ARRE      6893.72             .00        3149.77
NORTHERN TRUST             CURRENT MORTG           .00             .00       14812.49
NORTHERN TRUST             MORTGAGE ARRE      7325.46             .00        3347.04
COOK COUNTY TREASURER      SECURED                 .00             .00            .00
HITCHCOCK AND ASSOCIATES   PRIORITY          NOT FILED            .00            .00
ABRAMS & ABRAMS            UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00            .00
CAPITAL ONE                UNSECURED            815.71            .00            .00
CAPITAL ONE                UNSECURED            665.09            .00            .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00            .00
PALISADES COLLECTION       FILED LATE         3643.36            .00            .00
CITIBANK                   NOTICE ONLY       NOT FILED            .00            .00
CITIBANK                   NOTICE ONLY       NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED         NOT FILED            .00            .00
ASPIRE                     UNSECURED          1135.74            .00            .00
CORPORATE AMERICA FAMILY   NOTICE ONLY       NOT FILED            .00            .00
CREDIGY                    UNSECURED         NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED         NOT FILED            .00            .00
HSBC BANK NEVADA NA        UNSECURED           587.44            .00            .00
WMF                        UNSECURED         NOT FILED            .00            .00
WMF                        UNSECURED         NOT FILED            .00            .00
WMF                        UNSECURED         NOT FILED            .00            .00
SOUTHWEST                  UNSECURED         NOT FILED            .00            .00
JC PENNY                   UNSECURED            51.23            .00            .00
LOYOLA UNIVERSITY CHICAG   UNSECURED         NOT FILED            .00            .00
MED COLLECTIONS SERVICES   UNSECURED         NOT FILED            .00            .00
NEWPORT NEWS               UNSECURED         NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1729.33            .00            .00
RUSH UNIVERSSITY MED CTR   UNSECURED         NOT FILED            .00            .00
SALLIE MAE LSCF            NOTICE ONLY       NOT FILED            .00            .00
SALLIE MAE LSCF            NOTICE ONLY       NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07640 TRACY L WOODS
```

```
SALLIE MAE LSCF            NOTICE ONLY    NOT FILED             .00            .00
SALLIE MAE LSCF            NOTICE ONLY    NOT FILED             .00            .00
SALLIE MAE LSCF            UNSECURED      NOT FILED             .00            .00
SALLIE MAE INC             UNSECURED       8546.58              .00            .00
SALLIE MAE LSCF            NOTICE ONLY    NOT FILED             .00            .00
GE MONEY/SAM'S             UNSECURED        862.24              .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
SM SERVICING               NOTICE ONLY    NOT FILED             .00            .00
US BANK/ELAN/RETAIL PAYM   UNSECURED      22258.90              .00            .00
ISAC                       UNSECURED      32760.23              .00            .00
NORTHERN TRUST CO          NOTICE ONLY    NOT FILED             .00            .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED             .00            .00
LASALLE NATIONAL           NOTICE ONLY    NOT FILED             .00            .00
UNIVERSITY OF CHICAGO PH   UNSECURED        464.00              .00            .00
CITY OF CHICAGO WATER DE   SECURED          244.93              .00         207.90
NORTHWESTERN MEDICAL FAC   UNSECURED        343.05              .00            .00
BRUCE C SCALAMBRINO        NOTICE ONLY    NOT FILED             .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED       1530.00              .00          85.68
ALLIANCE ONE               NOTICE ONLY    NOT FILED             .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY    NOT FILED             .00            .00
CHICAGO FAMILY HEALTH CE   UNSECURED      NOT FILED             .00            .00
UNIVERSAL FIDELITY CORP    NOTICE ONLY    NOT FILED             .00            .00
THOMAS R HITCHCOCK         DEBTOR ATTY     1,984.49                       1,984.49
TOM VAUGHN                 TRUSTEE                                         2,111.99
DEBTOR REFUND              REFUND                                          1,947.60

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                34,137.00

PRIORITY                                              .00
SECURED                                         28,007.24
UNSECURED                                           85.68
ADMINISTRATIVE                                   1,984.49
TRUSTEE COMPENSATION                             2,111.99
DEBTOR REFUND                                    1,947.60
                       ---------------        ---------------
TOTALS                 34,137.00                34,137.00




             PAGE   2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 07640 TRACY L WOODS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE